UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
52379
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for Santander Consumer USA Inc.

**Order Filed on July 16, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

JESSE BISHOP
ANNIE BISHOP

Case No.: 21-10976

Adv. No.:

Hearing Date: 7-28-21

Judge: MBK

## ORDER RESOLVING OBJECTION TO CONFIRMATION OF SANTANDER CONSUMER USA INC.

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: July 16, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**Jesse and Annie Bishop**
**21-10976(MBK)**
**Order resolving objection to confirmation of Santander Consumer USA Inc.**
**Page 2**

This matter having been brought on before this Court on objection to confirmation filed by John R. Morton, Jr., Esq., attorney for Santander Consumer USA Inc., with the appearance of Carrie Boyle, Esq. on behalf of the debtors, and this order having been filed with the Court and served upon the debtors and their attorney under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. Santander Consumer USA Inc. is unaffected by the plan and is being paid outside of the plan directly by the debtors in connection with a loan encumbering a 2012 Cadillac CTS and will retain its lien on the vehicle after confirmation and until it is paid in full by the debtors in accordance with the terms of Santander's retail installment contract encumbering the vehicle.