Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>**Carrie J. Boyle, Esq.**<br>**Boyle & Valenti Law, P.C.**<br>1940 Route 70 East, Suite 4<br>Cherry Hill, NJ 08003<br>(856) 499-3335<br>(856) 499-3304 facsimile<br>cboyle@b-vlaw.com<br>*Attorneys for Debtors* | |
| In re:<br>    **Jesse Bishop**<br>    **Annie R. Bishop,**<br>                **Debtors.** | Case No.:    **21-10976**<br>Chapter:    **13**<br>Adv. No.:<br>Hearing Date:<br>Judge: |

## CERTIFICATION OF SERVICE

1. I, __Crystal M Vitullo__ :

   ☐ represent ___ in the this matter.

   ☑ am the secretary/paralegal for __Carrie J Boyle__, who represents __Jesse and Annie Bishop__ in the this matter.

   ☐ am the ___ in the this case and am representing myself.

2. On __August 2, 2021__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:
   - Notice of Motion to Apply for Loss Mitigation Out of Time\
   - Order Shortening Time Period for Notice, Setting Hearing and Limiting Notice

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:    __August 2, 2021__                          __/s/Crystal M Vitullo__
                                                                            Signature

Best Case Bankruptcy

1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **Denise Carlon, Esq.**<br>**DCarlon@kmllawgroup.com**<br>**KML Law Group, PC**<br>**701 Market Street, Suite 5000**<br>**Philadelphia, PA 19106** | **Creditor** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **John Morton, Esq.**<br>**john.morton3@verizon.net**<br>**Morton & Craig, LLC**<br>**110 Marter Avenue, Suite 301**<br>**Moorestown, NJ 08057** | **Creditor** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Synchrony Bank**<br>**c/o PRA Receivables Management, LLC**<br>**Claims_RMSC@PRAGroup.com**<br>**PO Box 41021**<br>**Norfolk, VA 23541** | **Creditor** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Albert Russo**<br>**ecollazo@russotrustee.com**<br>**CN 4853**<br>**Trenton, NJ 08691** | **Chapter 13 Trustee** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

rev. 8/1/15
Best Case Bankruptcy