UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Carrie J. Boyle, Esq.
Boyle & Valenti Law, P.C.
1940 Route 70 East, Suite 4
Cherry Hill, NJ 08003
856-499-3335
859-499-3304 (Fax)
cboyle@b-vlaw.com

Attorneys for the Debtors

Order Filed on September 9, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Jessie Bishop
Annie R. Bishop

Debtors.

Case No.: 21-10976

Chapter: 13

Judge: MBK

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: September 9, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Boyle & Valenti Law, P.C._____, the applicant, is allowed a fee of $ ____4,997.50____ for services rendered and expenses in the amount of $____9.80____ for a total of $____5,007.30____. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $____777____ per month for _all remaining_ months to allow for payment of the above fee.

*rev.8/1/15*