UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**Carrie J. Boyle, Esq.**
**Boyle & Valenti Law, P.C.**
1940 Route 70 East, Suite 4
Cherry Hill, NJ 08003
(856) 499-3335
(856) 499-3304 facsimile
cboyle@b-vlaw.com
*Attorneys for Debtors*

In re:
    **Jesse Bishop**
    **Annie R. Bishop,**

        **Debtors.**

Case No.: **21-10976**

Chapter: **13**

Adv. No.:

Hearing Date:

Judge:

## CERTIFICATION OF SERVICE

1. I, __Crystal M Vitullo__ :

    ☐ represent ___ in the this matter.

    ☑ am the secretary/paralegal for __Carrie J Boyle__, who represents __Jesse and Annie Bishop__ in the this matter.

    ☐ am the ___ in the this case and am representing myself.

2. On __November 4, 2021__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:
      **- Opposition to Trustee's Motion to Dismiss**

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: __August  9, 2021__

__/s/Crystal M Vitullo__
Signature

1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Denise Carlon, Esq.<br>DCarlon@kmllawgroup.com<br>KML Law Group, PC<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106 | **Creditor** | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>   (as authorized by the court *) |
| John Morton, Esq.<br>john.morton3@verizon.net<br>Morton & Craig, LLC<br>110 Marter Avenue, Suite 301<br>Moorestown, NJ 08057 | **Creditor** | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>   (as authorized by the court *) |
| Valerie Smith<br>PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541 | **Creditor** | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>   (as authorized by the court *) |
| Albert Russo<br>ecollazo@russotrustee.com<br>CN 4853<br>Trenton, NJ 08691 | **Chapter 13 Trustee** | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>   (as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

rev. 8/1/15
Best Case Bankruptcy