Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 21−10976−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Jesse Bishop | Annie R Bishop |
| 66 Evergreen Dr. | 66 Evergreen Dr. |
| Willingboro, NJ 08046 | Willingboro, NJ 08046 |

Social Security No.:
  xxx−xx−7197                                          xxx−xx−4443

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on December 10, 2021.

Dated: December 10, 2021
JAN: dmi

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Jesse Bishop  
Annie R Bishop  
    Debtors

Case No. 21-10976-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Dec 10, 2021      Form ID: plncf13      Total Noticed: 29

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jesse Bishop, Annie R Bishop, 66 Evergreen Dr., Willingboro, NJ 08046-2455 |
| cr | + | Santander Consumer USA Inc., 8585 N. Stemmons Fwy., Ste 1100-N, Dallas, TX 75247-3822 |
| 519107484 | + | Account Resolution Services, Attn: Bankruptcy, Po Box 459079, Sunrise, FL 33345-9079 |
| 519107485 | + | Apex Asset Management, 2501 Oregon Pike, Suite 102, Lancaster, PA 17601-4890 |
| 519107486 | + | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519107487 | | Christiana Trust as Custodian, GSRAN-Z,, PO Box 71276, Philadelphia, PA 19176-6276 |
| 519194282 | + | Christiana Trust as, Custodian, GSRAN-Z, LLC, 1266 WEST PACES FERRY RD, BOX #517, ATLANTA GA 30327-2306 |
| 519139755 | | EMERGENCY PHYSICIAN SERVICES OF NJ PA, PO Box 1123, Minneapolis, MN 55440-1123 |
| 519117437 | | Emergency Physician Associate of South Jersey, PC, PO Box 1123, Minneapolis MN 55440-1123 |
| 519117442 | | Emergency Physicians Services of NJ, PA, PO Box 1123, Minneapolis MN 55440-1123 |
| 519107488 | + | Equifax, Attn: Bankruptcy, P.O Box 740241, Atlanta, GA 30374-0241 |
| 519107489 | + | Experian, Attn: Bankrupty, P.O. Box 4500, Allen, TX 75013-1311 |
| 519107493 | + | Natiowide Recovery Service, Attn: Bankruptcy, 5655 Peachtree Parkway, Norcross, GA 30092-2812 |
| 519107496 | + | Remex Inc, Attn: Bankruptcy, 307 Wall St., Princeton, NJ 08540-1515 |
| 519107497 | + | Safe Home Security, Attn: Bankruptcy, 1125 Middle Street #201, Middletown, CT 06457-1686 |
| 519107498 | + | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 519119270 | + | Santander Consumer USA, Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 519107499 | | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 519107500 | + | Township of Willingboro Tax Collector, 1 Rev. Dr. M. L. King Jr. Dr., Suite 205, Willingboro, NJ 08046-2853 |
| 519107501 | + | TransUnion, Attn: Bankruptcy, P.O. Box 2000, Chester, PA 19016-2000 |
| 519107502 | + | Willingboro MUA, 433 John F. Kennedy Way, Willingboro, NJ 08046-2123 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 10 2021 20:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 10 2021 20:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 10 2021 20:35:00 | Santander Consumer USA Inc., 8585 N. Stemmons Fwy., Ste 1100-N, Dallas, TX 75247-3822 |
| 519107490 | | Email/Text: jill@ffcc.com | Dec 10 2021 20:34:00 | First Federal Credit Control, Attn: Bankruptcy, 24700 Chagrin Blvd, Ste 205, Cleveland, OH 44122 |
| 519107491 | + | Email/Text: cnorton@hillcrestdavidson.com | Dec 10 2021 20:35:00 | Hillcrest Davidson & A, Attn: Bankruptcy, 715 N Glenville - Suite 450, Richardson, TX 75081-2898 |
| 519107492 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 10 2021 20:35:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519107495 | | Email/Text: collections@profcu.org | Dec 10 2021 20:34:00 | Proponent Fcu, 536 Washington Ave, Nutley, NJ 07110 |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 10, 2021 | Form ID: plncf13 | Total Noticed: 29 |

| 519107494 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | | | |
|---|---|---|---|---|---|
| | | | Dec 10 2021 20:35:00 | New Jersey Division of Taxation, Compliance & Enforcement-Bankruptcy Unit, 50 Barrack Street, 9th Floor, Trenton, NJ 08695-0267 | |
| 519107498 | + | Email/Text: enotifications@santanderconsumerusa.com | | | |
| | | | Dec 10 2021 20:35:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 | |
| 519119270 | + | Email/Text: enotifications@santanderconsumerusa.com | | | |
| | | | Dec 10 2021 20:35:00 | Santander Consumer USA, Inc., P.O. Box 560284, Dallas, TX 75356-0284 | |
| 519108826 | + | Email/PDF: gecsedi@recoverycorp.com | | | |
| | | | Dec 10 2021 21:02:53 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 | |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519166884 | * | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 12, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Carrie J. Boyle | on behalf of Debtor Jesse Bishop cboyle@b-vlaw.com tking@b-vlaw.com;cvitullo@b-vlaw.com;clerk@b-vlaw.com;cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;carrie.boyle@comcast.net;J.CR73128&#064 |
| Carrie J. Boyle | on behalf of Joint Debtor Annie R Bishop cboyle@b-vlaw.com tking@b-vlaw.com;cvitullo@b-vlaw.com;clerk@b-vlaw.com;cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;carrie.boyle@comcast.net;J.CR73128&#064 |
| Denise E. Carlon | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2006-HE6, Mortgage Pass-Through Certificates, Series 2006-HE6 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |

U.S. Trustee
                     USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7