| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
**Chapter 13 Case No. 21-10976 / MBK**

Jesse Bishop
Annie R Bishop

Petition Filed Date: 02/03/2021
341 Hearing Date: 03/04/2021
Confirmation Date: 07/28/2021

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/10/2021 | $760.00 | 27219737002 | 04/21/2021 | $760.00 | 27229040651 | 05/21/2021 | $760.00 | 27229063691 |
| 07/07/2021 | $760.00 | 27229073567 | 08/03/2021 | $760.00 | 27554414938 | 09/02/2021 | $760.00 | 27554426436 |
| 09/29/2021 | $777.00 | 27554439104 | 11/02/2021 | $777.00 | 27763126997 | 12/07/2021 | $777.00 | 27763137685 |

**Total Receipts for the Period: $6,891.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $6,891.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Jesse Bishop | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | CARRIE J. BOYLE, ESQ.<br>»»  ORDER 9/9/21 | Attorney Fees | $5,007.30 | $5,007.30 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE<br>»»  2017-2020 | Priority Creditors | $0.00 | $0.00 | $0.00 |
| 2 | INTERNAL REVENUE SERVICE<br>»»  2015 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | EMERGENCY PHYSICIAN ASSOC. OF S. JERSEY | Unsecured Creditors | $4,520.48 | $0.00 | $4,520.48 |
| 4 | EMERGENCY PHY SERVICES OF NJ PA<br>»»  MEDICAL SERVICES | Unsecured Creditors | $10,145.03 | $0.00 | $10,145.03 |
| 5 | SANTANDER CONSUMER USA INC<br>»»  2012 CADILLAC CTS-V6/ORDER 7/16/21 | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 6 | First Federal Credit Control | Unsecured Creditors | $352.17 | $0.00 | $352.17 |
| 7 | First Federal Credit Control | Unsecured Creditors | $522.00 | $0.00 | $522.00 |
| 8 | EMERGENCY PHY SERVICES OF NJ PA<br>»»  MEDICAL SERVICES | Unsecured Creditors | $13,059.00 | $0.00 | $13,059.00 |
| 9 | EMERGENCY PHY SERVICES OF NJ PA | Unsecured Creditors | $789.03 | $0.00 | $789.03 |
| 10 | DEUTSCHE BANK NATIONAL TRUST COMPANY<br>»»  P/66 EVERGREEN DR/1ST MTG/ORDER 7/23/2<br>No Disbursements: Pending Loan Mod. | Mortgage Arrears | $34,222.38 | $0.00 | $34,222.38 |
| 11 | CHRISTIANA TRUST AS CUSTODIAN<br>»»  P/66 EVERGREEN DR/TAX CERT(PRINCIPAL ONLY) | Secured Creditors | $2,138.45 | $80.18 | $2,058.27 |
| 12 | CHRISTIANA TRUST AS CUSTODIAN<br>»»  P/66 EVERGREEN DR/TAX CERT (INT,PEN,FE | Secured Creditors | $7,215.11 | $270.54 | $6,944.57 |
| 13 | CHRISTIANA TRUST AS CUSTODIAN<br>»»  P/66 EVERGREEN DR/SUBSEQUENT LIENS | Secured Creditors | $26,599.44 | $997.40 | $25,602.04 |

**Chapter 13 Case No. 21-10976 / MBK**

### SUMMARY

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,891.00 | Plan Balance: | $38,850.00 ** |
| Paid to Claims: | $6,355.42 | Current Monthly Payment: | $777.00 |
| Paid to Trustee: | $535.58 | Arrearages: | $1,554.00 |
| Funds on Hand: | $0.00 | Total Plan Base: | $45,741.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.



**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.