Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 21−10976−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Jesse Bishop
66 Evergreen Dr.
Willingboro, NJ 08046

Annie R Bishop
66 Evergreen Dr.
Willingboro, NJ 08046

Social Security No.:
  xxx−xx−7197                                xxx−xx−4443

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on January 25, 2023.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: January 25, 2023
JAN: dmi

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-10976-MBK |
| Jesse Bishop | Chapter 13 |
| Annie R Bishop | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 25, 2023 | Form ID: 148 | Total Noticed: 29 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^       Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jesse Bishop, Annie R Bishop, 66 Evergreen Dr., Willingboro, NJ 08046-2455 |
| 519107487 | | Christiana Trust as Custodian, GSRAN-Z,, PO Box 71276, Philadelphia, PA 19176-6276 |
| 519194282 | + | Christiana Trust as, Custodian, GSRAN-Z, LLC, 1266 WEST PACES FERRY RD, BOX #517, ATLANTA GA 30327-2306 |
| 519107497 | + | Safe Home Security, Attn: Bankruptcy, 1125 Middle Street #201, Middletown, CT 06457-1686 |
| 519107500 | + | Township of Willingboro Tax Collector, 1 Rev. Dr. M. L. King Jr. Dr., Suite 205, Willingboro, NJ 08046-2853 |
| 519107502 | + | Willingboro MUA, 433 John F. Kennedy Way, Willingboro, NJ 08046-2123 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 25 2023 20:48:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 25 2023 20:48:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 25 2023 20:48:00 | Santander Consumer USA Inc., 8585 N. Stemmons Fwy., Ste 1100-N, Dallas, TX 75247-3822 |
| 519107484 | ^ | MEBN | Jan 25 2023 20:46:57 | Account Resolution Services, Attn: Bankruptcy, Po Box 459079, Sunrise, FL 33345-9079 |
| 519107485 | ^ | MEBN | Jan 25 2023 20:46:18 | Apex Asset Management, 2501 Oregon Pike, Suite 102, Lancaster, PA 17601-4890 |
| 519107486 | + | EDI: BANKAMER.COM | Jan 26 2023 01:39:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519139755 | ^ | MEBN | Jan 25 2023 20:46:53 | EMERGENCY PHYSICIAN SERVICES OF NJ PA, PO Box 1123, Minneapolis, MN 55440-1123 |
| 519117437 | ^ | MEBN | Jan 25 2023 20:46:03 | Emergency Physician Associate of South Jersey, PC, PO Box 1123, Minneapolis MN 55440-1123 |
| 519117442 | ^ | MEBN | Jan 25 2023 20:46:53 | Emergency Physicians Services of NJ, PA, PO Box 1123, Minneapolis MN 55440-1123 |
| 519107488 | ^ | MEBN | Jan 25 2023 20:46:10 | Equifax, Attn: Bankruptcy, P.O Box 740241, Atlanta, GA 30374-0241 |
| 519107489 | ^ | MEBN | Jan 25 2023 20:46:00 | Experian, Attn: Bankrupty, P.O. Box 4500, Allen, TX 75013-1311 |
| 519107490 | | Email/Text: rj@ffcc.com | Jan 25 2023 20:47:00 | First Federal Credit Control, Attn: Bankruptcy, 24700 Chagrin Blvd, Ste 205, Cleveland, OH 44122 |
| 519107491 | + | Email/Text: ahamilton@hillcrestdavidson.com | | |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jan 25 2023 20:47:00 | Hillcrest Davidson & A, Attn: Bankruptcy, 715 N Glenville - Suite 450, Richardson, TX 75081-2898 |
| 519107492 | | EDI: IRS.COM | Jan 26 2023 01:44:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519107493 | ^ | MEBN | Jan 25 2023 20:46:41 | Natiowide Recovery Service, Attn: Bankruptcy, 5655 Peachtree Parkway, Norcross, GA 30092-2812 |
| 519107495 | | Email/Text: collections@profcu.org | Jan 25 2023 20:47:00 | Proponent Fcu, 536 Washington Ave, Nutley, NJ 07110 |
| 519107496 | + | Email/Text: clientservices@remexinc.com | Jan 25 2023 20:47:00 | Remex Inc, Attn: Bankruptcy, 307 Wall St., Princeton, NJ 08540-1515 |
| 519107494 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jan 25 2023 20:47:00 | New Jersey Division of Taxation, Compliance & Enforcement-Bankruptcy Unit, 50 Barrack Street, 9th Floor, Trenton, NJ 08695-0267 |
| 519107498 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 25 2023 20:48:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 519119270 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 25 2023 20:48:00 | Santander Consumer USA, Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 519107499 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 25 2023 20:48:00 | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 519108826 | + | EDI: RMSC.COM | Jan 26 2023 01:44:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519107501 | ^ | MEBN | Jan 25 2023 20:45:34 | TransUnion, Attn: Bankruptcy, P.O. Box 2000, Chester, PA 19016-2000 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519166884 | * | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 27, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2023 at the address(es) listed below:

**Name** **Email Address**

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 25, 2023 | Form ID: 148 | Total Noticed: 29 |

Albert Russo
    on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo
    docs@russotrustee.com

Carrie J. Boyle
    on behalf of Debtor Jesse Bishop cboyle@b-vlaw.com
    tking@b-vlaw.com;cvitullo@b-vlaw.com;lgrigley@b-vlaw.com;cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;carrie.boyle@comcast.net

Carrie J. Boyle
    on behalf of Joint Debtor Annie R Bishop cboyle@b-vlaw.com
    tking@b-vlaw.com;cvitullo@b-vlaw.com;lgrigley@b-vlaw.com;cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;carrie.boyle@comcast.net

Denise E. Carlon
    on behalf of Creditor Deutsche Bank National Trust Company as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2006-HE6, Mortgage Pass-Through Certificates, Series 2006-HE6 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

John R. Morton, Jr.
    on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mortoncraigecf@gmail.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7