UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Albert Russo
PO Box 4853
Trenton, NJ    08650
(609) 587-6888
Standing Chapter 13 Trustee

**Order Filed on January 25, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

Jesse Bishop
Annie R Bishop

Debtor(s)

Case No.: 21-10976 / MBK

Chapter 13

Hearing Date: 01/25/2023  at 9:00 AM

Judge: Michael B. Kaplan

## CHAPTER 13 TRUSTEE POST-CONFIRMATION ORDER OF DISMISSAL

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 25, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

*rev. 5/8/2017*

The Court having determined that dismissal of this case is appropriate, it is hereby

ORDERED that the debtor's case is dismissed.

and it is further

ORDERED that:

Pursuant to 11 U.S.C. § 349(b), this court for cause retains jurisdiction over any application filed within 14 days of the date of this order by any administrative claimant for funds on hand with the Chapter 13 Standing Trustee.

Available funds on hand received prior to dismissal shall be distributed by the Chapter 13 Standing Trustee pursuant to the confirmed plan and any orders entered by the Court before returning funds to the debtor.

Any *Order to Employer to Pay the Chapter 13 Trustee* that has been entered in this case is vacated, and the employer is ordered to cease wage withholding immediately.

All outstanding fees due to the Court are due and owing and must be paid within 7 days of the date of this order.

*rev. 5/8/2017*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 21-10976-MBK

Jesse Bishop                                                                           Chapter 13

Annie R Bishop

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                                    Page 1 of 2

Date Rcvd: Jan 25, 2023                       Form ID: pdf903                                 Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**       **Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2023:**

**Recip ID**          **Recipient Name and Address**
db/jdb             +   Jesse Bishop, Annie R Bishop, 66 Evergreen Dr., Willingboro, NJ 08046-2455

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2023                            Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2023 at the address(es) listed below:**

**Name**                                      **Email Address**

Albert Russo
               on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo
               docs@russotrustee.com

Carrie J. Boyle
               on behalf of Debtor Jesse Bishop cboyle@b-vlaw.com
               tking@b-vlaw.com;cvitullo@b-vlaw.com;lgrigley@b-vlaw.com;cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.co
               m;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;carrie.boyle@comcast.net

Carrie J. Boyle
               on behalf of Joint Debtor Annie R Bishop cboyle@b-vlaw.com
               tking@b-vlaw.com;cvitullo@b-vlaw.com;lgrigley@b-vlaw.com;cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.co
               m;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;carrie.boyle@comcast.net

District/off: 0312-3                         User: admin                                    Page 2 of 2
Date Rcvd: Jan 25, 2023                      Form ID: pdf903                              Total Noticed: 1

Denise E. Carlon
                        on behalf of Creditor Deutsche Bank National Trust Company  as Trustee, in trust for the registered holders of Morgan Stanley
                        ABS Capital I Inc. Trust 2006-HE6, Mortgage Pass-Through Certificates, Series 2006-HE6 dcarlon@kmllawgroup.com,
                        bkgroup@kmllawgroup.com

John R. Morton, Jr.
                        on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

U.S. Trustee
                        USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 7